(194) Governor of Missouri, to use of creditors of Chamberlain, v. Byrd, impleaded, &c.

In an action on an administrator's bond, evidence that administratrix was seen in possession of money left with her by her husband previous to his death, and money brought to her by a person sent to ascertain the circumstances of his death, supposed to be his, is properly admitted to a jury.

APPEAL from Cape Girardeau Circuit Court.

Tompkins, J., delivered the opinion of the Court.

This was an action of debt commenced on an administration bond, in the Circuit Court, against the defendant, one of the securities of Eliza Chamberlain. Plea, nil debit. Verdict for the plaintiff, and judgment rendered thereon. To reverse this judgment, this appeal is taken; and it is assigned for error, that the depositions of Timothy, Abigail and Emeline Flint were admitted as evidence.

The testimony of these witnesses was, that Eliza Chamberlain was seen in the possession of money to the amount of about two thousand dollars, part of which, she said, was left in the dwelling house with her by Jason Chamberlain, a short time before his death, and the rest was brought to her by a person sent to ascertain the

Governor of Missouri, &c., v. Byrd, &c.

circumstances of his death, and it was thought that the money was found about the person of the deceased.

One breach of the obligation assigned in the declaration is, that the said Eliza hath not rendered a true and perfect inventory of all and singular, the goods and chattels, rights and credits of the said deceased; nor hath the said Eliza exhibited a just and true account and inventory of all and singular the goods and chattels, rights and credits of said deceased which have come to her hands, into the office of the Circuit Court for the county of Cape Girardeau, &c.

The evidence, it seems to this Court, was properly admitted in this breach.

The judgment of the Circuit Court is affirmed.